UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

COREY COLLINS and TERRELL GRIFFIN,

Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY TELE CONFERENCE**

-CR-    ( ) ( )

21 Mag 3946

Defendant  Corey Collins  hereby voluntarily consents to participate in the following proceeding via teleconferencing:

__x__   Initial Appearance Before a Judicial Officer

___   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

___   Conference Before a Judicial Officer


S/ Corey Collins /otw
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Corey Collins
_____
Print Defendant's Name

*Nicole Friedlander*
_____
Defendant's Counsel's Signature


Nicole Friedlander
_____
Print Counsel's Name

This proceeding was conducted by reliable telephone conferencing technology.

4·15·2021
_____
Date

_____
**Ona T. Wang**
United States Magistrate Judge